KAEMPFER CROWELL
Robert McCoy, No. 9121
Joni A. Jamison, No. 11614
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: jjamison@kcnvlaw.com

Attorneys for Defendant
DePuy Orthopaedics, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIE BRADFORD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUY ORTHOPAEDICS, INC., an Indiana Business Entity; Does I through XXX, inclusive and Roe Business Entities I through XXX, Inclusive,<br><br>Defendants. | Case No.  2:15-cv-02499-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1861872_1.docx   17671.1

Page 1 of 2

The parties stipulate to dismiss all claims with prejudice, each party to bear its own fees and costs.

| PICKARD PARRY PFAU | KAEMPFER CROWELL |
|---|---|
| By /s/ Zachariah B. Parry<br>  Zachariah B. Parry, No. 11677<br>  10120 South Eastern Avenue, Suite 140<br>  Henderson, Nevada 89052<br><br>Attorneys for Plaintiff | By /s/ Robert McCoy<br>  Robert McCoy, No. 9121<br>  Joni A. Jamison, No. 11614<br>  1980 Festival Plaza Drive<br>  Suite 650<br>  Las Vegas, Nevada 89135<br><br>Attorneys for Defendant<br>DePuy Orthopaedics, Inc. |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: September 26, 2016.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1861872_1.docx  17671.1

Page 2 of 2